**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>             Plaintiff,<br><br>      v.<br><br>HUMBERTO GERMAN, et al.,<br><br>             Defendants. | 1:15-cv-01462-GSA-PC<br><br>**SECOND ORDER REQUIRING FURTHER RESPONSE TO ORDER TO SHOW CAUSE (ECF No. 15.)**<br><br>**FIFTEEN-DAY DEADLINE TO RESPOND** |

Devonte B. Harris ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.[1]

On March 22, 2017, the court issued an order requiring Plaintiff to notify the court, within fifteen days, whether he is serving (1) a life term or (2) a term for less than life. (ECF No. 17.) The court now requires additional information from Plaintiff. If Plaintiff is serving a life term, he must also notify the court whether he is serving a term for, (3) life without the

---

[1] On December 18, 2015, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (ECF No. 7.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

possibility of parole, or (4) life with the possibility of parole.  Plaintiff shall be granted fifteen days to notify the court in writing of the status of his term.

### III. CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Within fifteen days of the date of service of this order, Plaintiff is required to respond in writing to the court, indicating whether he is serving:

    (1) a life term or

    (2) a term for less than life; and

2. If Plaintiff is serving a life term, he must also indicate whether he is serving a term for:

    (3) life without the possibility of parole, or

    (4) life with the possibility of parole.

3. Plaintiff's failure to comply with this order shall result in the dismissal of this case.

IT IS SO ORDERED.

Dated:   **April 6, 2017**                         **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE