1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEVONTE B. HARRIS,                          No.  1:15-cv-01462-DAD-GSA

12                Plaintiff,

13        v.                                       ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS AND DISMISSING
14    HUMBERTO GERMAN, et al.,                     CERTAIN CLAIMS AND DEFENDANTS

15                Defendants.                       (Doc. No. 30)

16

17        Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with this civil rights

18   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On December 21, 2017, the assigned magistrate judge issued findings and

21   recommendations, recommending that claims and defendants be dismissed consistent with the

22   magistrate judge's prior order in light of *Williams v. King*, 875 F.3d 500 (9th Cir. 2017).  (Doc.

23   No. 30.)  The parties were granted fourteen days in which to file objections to the findings and

24   recommendations.  (*Id*.)  The fourteen-day time period has expired, and no objections have been

25   filed.

26        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, the

27   undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire

28   /////

                                                    1

1  file, the undersigned concludes the findings and recommendations are supported by the record

2  and proper analysis.

3       Given the foregoing:

4  1.   The magistrate judge's findings and recommendations issued on December 21, 2017

5       (Doc. No. 30) are adopted in full;

6  2.   Consistent with the magistrate judge's prior screening order issued on September 11,

7       2017 (Doc. No. 21), the following claims and defendants are dismissed, for the

8       reasons provided in the screening order:

9       a.   Defendants C/O Summer Cordova, C/O L. Borgess, C/O R. Womack, C/O D.

10           Lovelady, C/O D. Menzie, C/O D. Botello, C/O S. Pano, C/O R. Leal,

11           Sergeant J. Martinez, Sergeant W. Rasley, and Sergeant J. Hubbard are

12           dismissed from this action for Plaintiff's failure to state any claims under

13           § 1983 against them upon which relief may be granted; and

14      b.   Plaintiff's claims for failure to protect, false reports, and destruction of video

15           are dismissed from this action based on Plaintiff's failure to state a claim; and

16  3.   This case is referred back to the magistrate judge for further proceedings.

17  IT IS SO ORDERED.

18  Dated:   **January 17, 2018**

19                                          UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28