UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE HARRIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HUMBERTO GERMAN, et al.,<br><br>　　　　　Defendants. | 1:15-cv-01462-DAD-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS**<br>**(ECF No. 44.)** |

　　　　On October 15, 2018, Defendants filed a motion for summary judgment. (ECF No. 44.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

　　　　Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. Plaintiff failure to comply with this order shall result in a recommendation that this action be dismissed for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

　　Dated: __**November 15, 2018**__　　　　　　　__**/s/ Gary S. Austin**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE