UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE HARRIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>HUMBERTO GERMAN, et al.,<br><br>        Defendants. | 1:15-cv-01462-DAD-GSA-PC<br><br>**SCHEDULING ORDER**<br><br>**ORDER REOPENING DISCOVERY AND SETTING NEW DEADLINES**<br><br>**New discovery deadline: 08/30/2019**<br><br>**New dispositive motions deadline: 10/30/2019** |

      Devonte Harris ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with the First Amended Complaint filed by Plaintiff on March 14, 2016, against defendants Correctional Officer (C/O) Humberto German, C/O Philip Holguin, and C/O R. Bunitzki (collectively, "Defendants"), for use of excessive force in violation of the Eighth Amendment; and, against defendant C/O Philip Holguin for retaliation in violation of the First Amendment. (ECF No. 8.)

      On March 19, 2018, the court issued a discovery and scheduling order setting out deadlines for the parties, including a deadline for completion of discovery and a deadline for filing dispositive motions. (ECF No. 37.) On September 21, 2018 and December 26, 2018, on

1

Plaintiff's motions, the court extended the discovery and dispositive motions deadlines. (ECF No. 43, 56.) The deadlines have now expired.

On April 24, 2019, the court issued an order denying Defendants' motion for summary judgment, without prejudice, and referring this case back to the magistrate judge for further proceedings, including issuance of a new scheduling order. Accordingly, discovery shall be reopened, and new deadlines shall be set by this order, as follows.

The new deadline for completion of discovery, including the filing of motions to compel, is **August 30, 2019**. The new deadline for the parties to file dispositive motions is **October 30, 2019**. All other provisions of the court's discovery and scheduling order issued on March 19, 2018, remain the same.

**IV. CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Discovery is reopened in this case, for all parties to this action;
2. The new deadline for completion of discovery, including the filing of motions to compel, is **August 30, 2019**;
3. The new deadline for the parties to file dispositive motions is **October 30, 2019**;
4. All other provisions of the discovery and scheduling order issued on March 19, 2018, remain the same; and
5. **Extension of the deadlines established by this order shall not be extended absent good cause.**

IT IS SO ORDERED.

Dated: **April 24, 2019**         **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE