UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>              Plaintiff,<br><br>    vs.<br><br>GERMAN, et al.,<br><br>              Defendants. | 1:15-cv-01462-DAD-GSA-PC<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR HIS FAILURE TO FILE A PRETRIAL STATEMENT**<br><br>**TWENTY-DAY DEADLINE** |

   On March 3, 2021, the Court issued a Second Scheduling Order scheduling a Telephonic Trial Confirmation Hearing in this case for the date of September 26, 2022 at 1:30 p.m. in Courtroom 5 before the Honorable Dale A. Drozd.  (ECF No. 110.)  Plaintiff was ordered to file his pretrial statement on or before July 26, 2022. The deadline has passed and Plaintiff has not filed a pretrial statement or otherwise responded to the Court's order.

**ORDER TO SHOW CAUSE**

   Accordingly, **IT IS HEREBY ORDERED** that within twenty days of the date of service of this order, Plaintiff is ordered to file a response showing cause why this case should not be dismissed for his failure to file a pretrial statement in compliance with the Court's Second Scheduling Order issued on March 3, 2021.

IT IS SO ORDERED.

   Dated:   **August 4, 2022**                         **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE