UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>GERMAN, et al.,<br><br>        Defendants. | 1:15-cv-01462-DAD-GSA-PC<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT NOW BE DISMISSED BASED ON PLAINTIFF'S APPARENT FALSEHOOD (ECF No. 117.)**<br><br>**TWENTY-DAY DEADLINE** |

       On August 5, 2022, the Court issued an order to show cause requiring Plaintiff to respond within 20 days showing cause why this case should not be dismissed for his failure to file his pretrial statement. (ECF No. 114.) On August 31, 2022, Plaintiff filed a motion for a 14-day extension of time to respond to the order to show cause. (ECF No. 117.) Plaintiff declared, under penalty of perjury, that he was not able to access the library before the order to show cause deadline. (Declaration of Devonte B. Harris, ECF No. 117 at 2 ¶ 2.)

       On September 2, 2022, Defendants filed the declaration of P. Williams, Litigation Coordinator for Corcoran State Prison, who provided evidence that contrary to Plaintiff's allegations, Plaintiff had been to the law library nine times between June 9, 2022 and August 15, 2022, on the following dates:

       a.      June 9, 2022;

       b.      June 16, 2022;

    c.      June 23 2022;

    d.      June 27, 2022;

    e.      July 7, 2022;

    f.      July 11, 2022;

    g.      July 19, 2022;

    h.      July 26, 2022;

    i.      August 15, 2022.

(Declaration of P. Williams, ECF No. 118 at 2 ¶ 4.) This evidence shows that Plaintiff attended the law library on August 15, 2022, which was well before the deadline for Plaintiff to respond to the Court's order to show cause issued on August 5th. (Id. at 17.) This evidence is clearly contrary to Plaintiff's declaration in which Plaintiff declares, under penalty of perjury, that he was not able to access the library before the above mentioned deadline to respond the court's order to show cause.

Interestingly, it further appears that Plaintiff attended the law library on 7 (seven) separate occasions between March 3, 2021, the date of the order which set Plaintiff's deadline to file his pretrial statement, and July 26, 2022 when it was due.

      Therefore, within 20 days from the date of service of this order, Plaintiff is required to respond to this order showing cause why this case should not be dismissed based on the apparent falsehood written by Plaintiff in his declaration.

## ORDER TO SHOW CAUSE

      Accordingly, **IT IS HEREBY ORDERED** that within twenty days of the date of service of this order, Plaintiff is ordered to file a response to this order, showing cause why this case should not be dismissed based on the apparent falsehood written by Plaintiff in his declaration.

IT IS SO ORDERED.

Dated:   **September 13, 2022**              **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE